IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DRAMM INTERNATIONAL, INC., ) <br> ) <br> Defendant. ) | C.A. No. 2:19-cv-00853-LA |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Symbology Innovations LLC, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, herby provides notice that it dismisses WITH PREJUDICE all claims in this cause of action against Defendant Dramm International, Inc. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: October 29, 2019

Respectfully submitted,

s/ *Kevin J. Malaney*
Kevin J. Malaney, Wis. Bar No. 1066371
Sarah E. Rieger, Wis. Bar No. 1112873
FOLEY & LARDNER LLP
777 East Wisconsin Ave.
Milwaukee, WI 53202
Tel. (414) 271-2400
Fax. (414) 297-4900 kmalaney@foley.com
srieger@foley.com

**Attorneys for Defendant Dramm Corporation of Manitowoc**

s/ *Kirk Anderson*
Kirk. J. Anderson (CA SBN 289043)
kanderson@budolaw.com
BUDO LAW, LLP
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

*Attorney(s) for Plaintiff Symbology Innovations, LLC*